**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| CREATIVE TRADE GROUP, INC v. INTERNATIONAL TRADE ALLIANCE, INC and MCGRATH-COLOSIMO, LTD d/b/a MCGRATH LEXUS OF CHICAGO | FILED: MAY 5, 2008<br>08CV2561         TG<br>JUDGE PALLMEYER<br>MAGISTRATE JUDGE NOLAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CREATIVE TRADE GROUP, INC

| |
|---|
| NAME (Type or print)<br>GLENN SEIDEN |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ GLENN SEIDEN |
| FIRM<br>AZULAYSEIDEN LAW GROUP |
| STREET ADDRESS<br>205 N. MICHIGAN AVENUE, 40TH FLOOR |
| CITY/STATE/ZIP<br>CHICAGO, ILLINOIS  60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>2543761 | TELEPHONE NUMBER<br>312-832-9200 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐         APPOINTED COUNSEL ☐