AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

CREATIVE TRADE GROUP, INC.
a Connecticut Corporation

CASE NUMBER: 08 cv 2561

V.

INTERNATIONAL TRADE ALLIANCE, INC.
a Florida Corporation and
MCGRATH-COLOSIMO, LTD d/b/a
MCGRATH LEXUS OF CHICAGO,
an Illinois Corporation

ASSIGNED JUDGE: Pallmeyer

DESIGNATED
MAGISTRATE JUDGE: Nolan

TO: (Name and address of Defendant)

McGrath-Colosimo, Ltd.
c/o Roger K. Frandsen
Registered Agent
2425 Royal Blvd.
Elgin, IL 60123

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Glenn Seiden
AzulaySeiden Law Group
205 N. Michigan Ave.
40th Floor
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

Michael W. Dobbins, Clerk



(By) DEPUTY CLERK

May 8, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 5/16/08 |
| NAME OF SERVER (PRINT) Shawn Landa | TITLE Detective |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 2425 Royal Blvd Elgin Il 60123
McGrath-Colosimo Ltd c/o Roger H Franden Reg is [unclear]

☒ Left copies thereof at the defendant's ~~dwelling house or usual place of abode~~ office with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Mary Coleman (Receptionist)

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $75.00 | TOTAL $75.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/16/08
Signature of Server

Det. Shawn M. Landa
State of Illinois
Lic. # 115001796

Address of Server

EIFS LTD.
Investigative Services
4653 W. Chase Ave.
Lincolnwood, IL 60712

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.