35138
F5

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

CREATIVE TRADE GROUP, INC.
a Connecticut Corporation

CASE NUMBER: 08 cv 2561

V.

ASSIGNED JUDGE: Pallmeyer

INTERNATIONAL TRADE ALLIANCE, INC.
a Florida Corporation and
MCGRATH-COLOSIMO, LTD d/b/a
MCGRATH LEXUS OF CHICAGO,
an Illinois Corporation

DESIGNATED
MAGISTRATE JUDGE: Nolan

TO: (Name and address of Defendant)

International Trade Alliance, Inc.
c/0 Anthony G. Beisler III, P.A.
Registered Agent
1001 N.E. 26th Street
Wilton Manors, FL 33308

REC'D ON: MAY 1 5 2008
SERVED: Anthony J Beisler III, PA
REPCORP: c/s RTA
DATE: 5/20/08　TIME: 11:16 AM
SERVED BY: [signature]
PRINT NAME: Michael Glinski
CERTF. #　SPEC. # 484　IN CIRCUIT
COURT OF THE 17 JUDICIAL COURT

AUTHORIZED TO ACCEPT

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Glenn Seiden
AzulaySeiden Law Group
205 N. Michigan Ave.
40th Floor
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

Michael W. Dobbins, Clerk

[signature]
(By) DEPUTY CLERK

May 7, 2008
Date

3248

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | MAY 20, 2008 @ 11:16 AM |
| NAME OF SERVER (PRINT) Michael Glinski | TITLE Broward County, Florida Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service obtained on Anthony J. Beisler, III As Registered Agent for International Trade Alliance Inc.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| N/A | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on May 21, 2008　　_Michael Glinski_
　　　　　　　　Date　　　　　　　　Signature of Server

　　　　　　　　　　　　　　　Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.