**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of<br>CREATIVE TRADE GROUP, INC., a Connecticut Corporation, Plaintiff, v. INTERNATIONAL TRADE ALLIANCE, INC., a Florida Corporation, and MCGRATH-COLOSIMO, LTD. d/b/a MCGRATH LEXUS OF CHICAGO, an Illinois Corporation, Defendants. | Case Number: 08 CV 2561 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
International Trade Alliance, Inc.
McGrath-Colosimo, Ltd. d/b/a McGrath Lexus of Chicago
Defendants

| |
|---|
| NAME (Type or print)<br>Jonathan B. Knisley |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Jonathan B. Knisley |
| FIRM<br>Arnstein & Lehr LLP |
| STREET ADDRESS<br>120 South Riverside Plaza, Ste. 1200 |
| CITY/STATE/ZIP<br>Chicago, IL  60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06293142 | TELEPHONE NUMBER<br>(312) 876-7100 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✔ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✔ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✔ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✔ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |