IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| CREATIVE TRADE GROUP, INC, a Connecticut Corporation, <br><br> Plaintiff, <br><br> v. <br><br> INTERNATIONAL TRADE ALLIANCE, INC., a Florida Corporation, and MCGRATH-COLOSIMO, LTD d/b/a MCGRATH LEXUS OF CHICAGO, an Illinois Corporation, <br><br> Defendants. | Case No. 08CV2561   TG <br> JUDGE PALLMEYER <br> MAGISTRATE JUDGE NOLAN |

**PLAINTIFF'S ANSWER TO INTERNATIONAL TRADE ALLIANCE INC.'s AFFIRMATIVE DEFENSES**

NOW COMES the Plaintiff, CREATIVE TRADE GROUP, INC., by and through its attorneys, AZULAYSEIDEN LAW GROUP, and for its answer to the affirmative defenses filed by the Defendant INTERNATIONAL TRADE ALLIANCE, INC., states as follows:

**FIRST AFFIRMATIVE DEFENSE**

1.  As for its First Affirmative Defense to Count(s) I and II of the Complaint, defendant avers that Plaintiff was never entitled to the possession of or had any rights to what the Plaintiff calls "the Second Set of Cars."

   *Answer:*   Creative Trade Group Inc., objects to the extent that the facts alleged in the First Affirmative Defense are a legal conclusion and that no answer is therefore required. To the extent an answer is required, Creative Trade Group, Inc., denies same.

## SECOND AFFIRMATIVE DEFENSE

1. As for its Second Affirmative Defense to the Complaint, Defendant avers that Count II fails to state a claim upon which relief may be granted because Plaintiff fails to allege that CTG and ITA had an agreement for ITA to take possession of the "Second Set of Cars" on behalf of CTG.

> *Answer:* Creative Trade Group Inc., objects to the extent that the facts alleged in the Second Affirmative Defense are a legal conclusion and that no answer is therefore required. Plaintiff admits that there was no agreement between it and ITA for ITA to take possession of the Second Set of Cars which provides, in part, the basis for the cause of action. To the extent an answer is required, Creative Trade Group, Inc., denies the remainder of the Second Affirmative Defense.

## THIRD AFFIRMATIVE DEFENSE

1. As for its Third Affirmative Defense to the Complaint, Defendant avers that Plaintiff has made no demand on the Defendants for the return of what it calls "the Second Set of Cars."

> *Answer:* Creative Trade Group Inc., denies the facts alleged in the Third Affirmative Defense.

## FOURTH AFFIRMATIVE DEFENSE

1. As for its Fourth Affirmative Defense, Defendant avers that Count III of the Complaint fails to state a claim upon which relief may be granted because Plaintiff fails to allege that it had an unconditional and or absolute right in the immediate possession of what the Plaintiff calls "the Second Set of Cars."

> *Answer:* Creative Trade Group Inc., denies the facts alleged in the Fourth Affirmative Defense.

**FIFTH AFFIRMATIVE DEFENSE**

1.   As for its Fifth Affirmative Defense, Defendant avers that any benefit that Defendant derived from any payment made by CTG to McGrath, Defendant received in good faith in satisfaction of an equitable claim.

   *Answer:*   Creative Trade Group Inc. denies the facts alleged in the Fifth Affirmative Defense.

**SIXTH AFFIRMATIVE DEFENSE**

1.   As for its Sixth Affirmative Defense, Defendant avers that it has an equitable claim to any payment made by CTG to McGrath to the extend that CTG is controlled by and/or is the alter ego of and/or a front fro the non-party TVD Global Trade US, LLC ("TVD") and to the extent that any payment made by CTG to McGrath was made for and in satisfaction of TVD's debt to ITA.

   *Answer:*   Creative Trade Group Inc. denies the facts alleged in the Sixth Affirmative Defense.

WHEREFORE, the Plaintiff CREATIVE TRADE GROUP, INC., prays that this Court dismiss the affirmative defenses filed by the Defendant, INTERNATIONAL TRADE ALLIANCE, INC., and enter judgment in Plaintiff's favor, and further grant any such additional relief as this Court deems fair and just.

Dated: June 12, 2008

Respectfully submitted,

By: **/s/ Glenn Seiden**
 (Bar ID#: IL 2543761)
AzulaySeiden Law Group
Attorneys for the Plaintiff
205 North Michigan Avenue, 40th Fl
Chicago, Illinois  60601
(312) 832-9200
gseiden@azulayseiden.com