IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| CREATIVE TRADE GROUP, INC, a Connecticut Corporation, )<br><br>Plaintiff, )<br><br>v. )<br><br>INTERNATIONAL TRADE ALLIANCE, INC., a Florida Corporation, and MCGRATH-COLOSIMO, LTD d/b/a MCGRATH LEXUS OF CHICAGO, an Illinois Corporation, )<br><br>Defendants. ) | Case No. 08CV2561   TG<br>JUDGE PALLMEYER<br>MAGISTRATE JUDGE NOLAN |

## NOTICE OF FILING

To:   Mr. Jonathan B. Knisley, Esq.
      Local Counsel for Defendants
      Arnstein & Lehr, LLP
      120 South Riverside Plaza, Suite 1200
      Chicago, IL 60606

PLEASE TAKE NOTICE that on June 13, 2008, we shall cause to be filed with the Clerk of the United States District Court for the Northern District of Illinois, the **Plaintiff's Answer to International Trade Alliance Inc.'s Affirmative Defenses**, a copy of which is attached and served upon you.

>AzulaySeiden Law Group
>Attorneys for the Plaintiff
>205 North Michigan Avenue – 40th Floor
>Chicago, Illinois  60601
>Telephone Number:  312-832-9200

*Certificate of Service*

I, Glenn Seiden, an attorney, do hereby state that I caused a copy of **Plaintiff's Answer to International Trade Alliance Inc.'s Affirmative Defenses** to be filed using the ECF system and served upon the above individual on June 13, 2008 before the hour of 5:00 p.m.

>By: **s/ Glenn Seiden**
>(Bar ID#: IL 2543761)