IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| CREATIVE TRADE GROUP, INC, a Connecticut Corporation, <br><br>　　　　　Plaintiff, <br><br>v. <br><br>INTERNATIONAL TRADE ALLIANCE, INC., a Florida Corporation, and MCGRATH-COLOSIMO, LTD d/b/a MCGRATH LEXUS OF CHICAGO, an Illinois Corporation, <br><br>　　　　　Defendants. | Case No. 08CV2561   TG <br> JUDGE PALLMEYER <br> MAGISTRATE JUDGE NOLAN |

**PLAINTIFF'S ANSWER TO MCGRATH-COLOSIMO, LTD.'S AFFIRMATIVE DEFENSES**

NOW COMES the Plaintiff, CREATIVE TRADE GROUP, INC., by and through its attorneys, AZULAYSEIDEN LAW GROUP., and for its answer to the affirmative defenses filed by the Defendants, MCGRATH-COLOSIMO, LTD d/b/a MCGRATH LEXUS OF CHICAGO, states as follows:

**FIRST AFFIRMATIVE DEFENSE**

1.　Count V of the Complaint fails to state a claim upon which relief can be granted because the allegedly converted money is not capable of being described, identified, or separated.

　*Answer:*　Creative Trade Group Inc., objects to the extent that the facts alleged in the Second Affirmative Defense is a legal conclusion and that no answer is therefore required. To the extent an answer is required, Creative Trade Group, Inc. denies same.

1

## **SECOND AFFIRMATIVE DEFENSE**

1.  Count VII of the Complaint fails to state a claim upon which relief can be granted because the Illinois Consumer Fraud and Deceptive Practices Act can not be invoked by a non-resident of Illinois because it provides protection only where an Illinois Consumer has been injured.

> *Answer:*   Creative Trade Group Inc., objects to the extent that the facts alleged in the Second Affirmative Defense is a legal conclusion and that no answer is therefore required. To the extent an answer is required, Creative Trade Group, Inc., denies same.

WHEREFORE, the Plaintiff CREATIVE TRADE GROUP, INC., prays that this Court dismiss the affirmative defenses filed by the Defendant, MCGRATH-COLOSIMO, LTD d/b/a MCGRATH LEXUS OF CHICAGO, and enter judgment in Plaintiff's favor, and further grant any such additional relief as this Court deems fair and just.

Dated: June 12, 2008                                   Respectfully submitted,

By:**/s/ Glenn Seiden**
 (Bar ID#: IL 2543761)
AzulaySeiden Law Group
Attorneys for the Plaintiff
205 North Michigan Avenue, 40th Fl
Chicago, Illinois  60601
(312) 832-9200
gseiden@azulayseiden.com