### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

|  |  |
|---|---|
| CREATIVE TRADE GROUP, INC, <br> a Connecticut Corporation, <br><br> Plaintiff, <br><br> v. <br><br> INTERNATIONAL TRADE ALLIANCE, INC., <br> a Florida Corporation, and <br> MCGRATH-COLOSIMO, LTD d/b/a <br> MCGRATH LEXUS OF CHICAGO, <br> an Illinois Corporation, <br><br> Defendants. | Case No. 08CV2561   TG <br> JUDGE PALLMEYER <br> MAGISTRATE JUDGE NOLAN |

### **NOTICE OF FILING**

To: Mr. Jonathan B. Knisley, Esq.
Arnstein & Lehr, LLP
120 South Riverside Plaza, Suite 1200
Chicago, IL 60606

    PLEASE TAKE NOTICE that on June 13, 2008, we shall cause to be filed with the Clerk of the United States District Court for the Northern District of Illinois, the **Plaintiff's Answer to McGrath-Colosimo, Ltd.'s Affirmative Defenses**, a copy of which is attached and served upon you.

                                                     AzulaySeiden Law Group
                                                     Attorneys for the Plaintiff
                                                     205 North Michigan Avenue – 40th Floor
                                                     Chicago, Illinois  60601
                                                     Telephone Number:  312-832-9200

*Certificate of Service*

    I, Glenn Seiden, an attorney, do hereby state that I caused a copy of **Plaintiff's Answer to McGrath-Colosimo, Ltd.'s Affirmative Defenses** to be filed using the ECF system and served upon the above individual on June 13, 2008 before the hour of 5:00 p.m.

                                                       By: **s/ Glenn Seiden**
                                                       Glenn Seiden  (Bar ID#: IL 2543761)