U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                      Case Number: 08CV2561 TG

Creative Trade Group, Inc.
vs.
International Trade Alliance, Inc.,
McGrath-Colosimo, Ltd. d/b/a
McGrath Lexus of Chicago

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

International Trade Alliance, Inc., AND
McGrath-Colosimo, Ltd. d/b/a
McGrath Lexus of Chicago

| | |
|---|---|
| NAME (Type or print) <br> Roman Groysman | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Roman Groysman | |
| FIRM <br> Ginnis & Groysman, P.A. | |
| STREET ADDRESS <br> 600 S. Andrews Ave., Ste. 406 | |
| CITY/STATE/ZIP <br> Fort Lauderdale, Florida 33301 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER <br> 954-712-0505 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |