IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| CREATIVE TRADE GROUP, INC, ) <br> a Connecticut Corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> INTERNATIONAL TRADE ALLIANCE, INC., ) <br> a Florida Corporation, and ) <br> MCGRATH-COLOSIMO, LTD d/b/a ) <br> MCGRATH LEXUS OF CHICAGO, ) <br> an Illinois Corporation, ) <br> ) <br> Defendants. ) | Case No. 08CV2561   TG <br> JUDGE PALLMEYER <br> MAGISTRATE JUDGE NOLAN |

## PLAINTIFF'S REPORT OF PARTIES PLANNING MEETING

1. **Meeting.** Pursuant to Fed.R.Civ.P. 26(f), a meeting was held on June 16, 2008 via teleconference and was attended by:

    Brent S. Wikgren attorney for plaintiff Creative Trade Group, Inc. (CTG)
    Glenn Seiden attorney for plaintiff CTG
    Jonathan B. Knisley, local counsel for defendant(s) McGrath-Colosimo, Ltd. (McGrath) and International Trade Alliance, Inc. (ITA)
    Roman Groysman attorney for McGrath and ITA.

2. **Pre-Discovery Disclosures.** The parties will exchange by July 14, 2008 the information required by Fed.R.Civ.P. 26(a)(1).

3. **Discovery Plan.** The parties jointly propose to the court the following discovery plan:

    a. Discovery will be needed on the following subjects: All communications, letters, phone calls, emails, telegrams, and all other non-privileged material from and between CTG and McGrath regarding the $171,388.00 (Payment) and the First and/or Second Set of Cars; All communications, letters, phone calls, emails, telegrams, and all other non privileged material from or between McGrath and ITA regarding or related to the subject matter of this case; All communications, letters, phone calls, emails, telegrams, and all other non privileged material from or between ITA and TVD regarding or related to the subject matter of this case; All communications, letters, phone calls, emails, telegrams, and all other non privileged

      material from or between ITA and CTG regarding or related to the subject matter of this case.  Any and all information from any party or non-party as to who now possesses the $171,388.00 and their claim of right to retain the money.  Furthermore, please find attached as Exhibit 1 Defendant's addendum to the Discovery Plan. Plaintiff incorporates Exhibit 1 as part of the Discovery Plan.

  b.  All discovery commenced in time to be completed by July 21, 2008.

  c.  Maximum of twenty-five (25) interrogatories by each party to any other party.

  d.  Maximum of twenty (20) requests for admission by each party to any other party.

  e.  Maximum of four (4) depositions by plaintiff(s) and three (3) by defendant(s). Each deposition limited to maximum of four (4) hours unless extended by agreement of parties.

  f.  Reports from retained experts under Rule 26(a)(2) due:
from plaintiff(s) by July 21, 2008.
from defendant(s) by July 21, 2008.

  g.  Supplementations (if any) under Rule 26(e) to be due every two weeks starting July 16, 2008.

4. **Other Items.**

  a.  The parties do not request a conference with the court before entry of the scheduling order.

  b.  The parties request a pretrial conference in July 2008 .

  c.  Plaintiff(s) do not expect to join additional parties and have until June 25, 2008 to amend the pleadings.

  d.  Defendant(s) should be allowed until June 25, 2008 to join additional parties and until June 25, 2008 to amend the pleadings.

  e.  All potentially dispositive motions should be filed by September 14, 2008.

  f.  Plaintiff to prepared proposed draft final pretrial order by November 1, 2008; parties to file joint final pretrial order by November 15, 2008.

  g.  Final lists of witnesses and exhibits under Rule 26(a)(3) should be due:
from plaintiff(s) ten (10) days before the start of trial.
from defendant(s) ten (10) days before the start of trial.

    h.  Parties should have five (5) days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

5. **Settlement.** Cannot be evaluated prior to July 2008.

6. **Consent.** Parties do not consent unanimously to proceed before a Magistrate Judge.

7. **Trial.** The case should be ready for trial by December 1, 2008 and at this time is expected to take approximately three (3) days.

Date:  June 16, 2008

                                      /signed by all counsel

                                      Brent S. Wikgren for Plaintiff
                                      Glenn Seiden for Plaintiff
                                      Jonathan B. Knisley for Defendant(s)
                                      Roman Groysman for Defendant(s).

# EXHIBIT 1

Case 1:08-cv-02561    Document 21-2    Filed 06/20/2008    Page 1 of 3

# THE LAW OFFICES OF

# GINNIS AND GROYSMAN, P.A.

600 SOUTH ANDREWS AVENUE ■ SUITE 406 ■ FORT LAUDERDALE, FL 33301 ■ 954-712-0505 ■ Fax: 954-712-0501

March 20, 2008

## PLEASE DELIVER THE FOLLOWING PAGES TO:

NAME:　　　　　　　　　　Glenn Seiden, Esq.

FROM:　　　　　　　　　　Roman Groysman, Esq.

FAX TO:　　　　　　　　　(312) 832-9212

PAGES INCL. COVER:　　2

IN RE:　　　　　　　　　　International Trade Alliance, Inc./ Valery Pychnenko

IF THERE ARE ANY DIFFICULTIES IN RECEIVING THIS TRANSMISSION, PLEASE CALL: (954) 712-0505

SPECIAL INSTRUCTIONS:

Please see attached Discovery request.

This electronic mail transmission may contain confidential or
privileged information. If you believe that you have received this
message in error, please notify the sender by reply transmission and
delete the message without copying or disclosing it.

Pursuant to Internal Revenue Service guidance, be advised that any federal tax advice contained in this written or electronic communication, including any attachments or enclosures, is not intended or written to be used and it cannot be used by any person or entity for the purpose of (i) avoiding any tax penalties that may be imposed by the Internal Revenue Service or any other U.S. Federal taxing authority or agency or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

# THE LAW OFFICES OF

# GINNIS AND GROYSMAN, P.A.

600 SOUTH ANDREWS AVENUE ■ SUITE 406 ■ FORT LAUDERDALE, FL 33301 ■ 954-712-0505 ■ Fax: 954-712-0501

June 17, 2008

Via Facsimile (312) 832-9212
Mr. Glenn Seiden, Esq.
Azulay Seiden Law Group
205 North Michigan Ave.
40th Floor
Chicago, IL 60601

    Re:    Creative Trade Group, Inc. v. International Trade Alliance Inc., et al.
            US District Court-Northern District of Illinois - Case No. 08 CV 25561

Dear Mr. Seiden:

    I was expecting the proposed plan yesterday, but just received it. Please provide the following additions to the scope of discovery as follows:

" All documents and/or letters, phone calls, e-mails, telegrams and all other forms of communication and non-privileged materials from and between GTV and TVD Global trade, US LLC and its principals and agents, including, but not limited to: Mr. Valeriy Pykhnenko, regarding the $171,388.00, as well as all prior business transactions between CTG and TVD. All documents and/or letters, phone calls, e-mails, telegrams, and bank statements relating to the origin of the $171,388.00 as well as the origin and/or source of funding of the working capital of CTG and all corporate tax returns of CTG and related entities, if any"

                                            Sincerely,

                                            Roman Groysman

RG/mk