IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CREATIVE TRADE GROUP, INC, a Connecticut Corporation,<br><br>  Plaintiff,<br><br>v.<br><br>INTERNATIONAL TRADE ALLIANCE, INC., a Florida Corporation, and MCGRATH-COLOSIMO, LTD d/b/a MCGRATH LEXUS OF CHICAGO, an Illinois Corporation,<br><br>  Defendants. | Case No. 08CV2561 TG<br><br>JUDGE PALLMEYER<br>MAGISTRATE JUDGE NOLAN |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on June 20, 2008 the undersigned will have caused to be filed the Plaintiff's Report of Parties Planning Meeting, a true and correct copy of which is attached and served upon you.

> AZULAYSEIDEN LAW GROUP
> Attorneys for the Plaintiff
> 205 North Michigan Avenue – 40th Floor
> Chicago, Illinois 60601
> Telephone Number: 312-832-9200

## Certificate of Service

    I, Glenn Seiden, an attorney, do hereby state that I caused a copy of the Plaintiff's Report of Parties Planning Meeting to be served upon the following individuals at the indicated address by email notification using the ECF system on June 20, 2008 before the hour of 11:59 p.m.

Roman Groysman
Ginnis & Groysman, P.A.
600 South Andrews Avenue, Suite 406
Fort Lauderdale, Florida  33301

Jonathan Brooks Knisley
Arnstein & Lehr, LLP
120 South Riverside Plaza, Suite 1200
Chicago, Illinois  60606

By: **s/ Glenn Seiden**
    Glenn Seiden