**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division**

Creative Trade Group, Inc.
                                    Plaintiff,

v.                                                      Case No.: 1:08−cv−02561
                                                        Honorable Rebecca R. Pallmeyer

International Trade Alliance, Inc., et al.
                                    Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Thursday, June 26, 2008:


    MINUTE entry before the Honorable Rebecca R. Pallmeyer: Discovery hearing held on 6/26/2008. Plaintiff is given to and including 7/7/2008 to amend all pleadings, and to 7/7/2008 to add any additional parties. Defendant is given to and including 7/7/2008 to amend all pleadings, and to 7/7/2008 to add any additional parties. Plaintiff shall comply with FRCP(26)(a)(2) by 7/21/2008. Defendant shall comply with FRCP(26)(a)(2) by 7/21/2008. Discovery ordered closed by 7/21/2008. Dispositive motions with supporting memoranda due by 9/15/2008. Plaintiff to prepare proposed draft final pretrial order by 11/1/2008; Joint Pretrial Order due by 11/14/2008. Status hearing set for 8/12/2008 at 09:00 AM. Mailed notice(etv, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.