### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

|  |  |
|---|---|
| CREATIVE TRADE GROUP, INC, a Connecticut Corporation, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 08 CV 2561 |
| INTERNATIONAL TRADE ALLIANCE, INC., a Florida Corporation, and MCGRATH-COLOSIMO, LTD d/b/a MCGRATH LEXUS OF CHICAGO, an Illinois Corporation, ) ) ) ) ) ) ) | Judge Pallmeyer<br><br>Magistrate Judge Nolan |
| Defendants. ) ) | |

### NOTICE OF FILING

To: Jonathan B. Knisley, Esq.  
Arnstein & Lehr, LLP  
120 South Riverside Plaza  
Suite 1200  
Chicago, IL  60606  
Fax:  312-876-0288

Roman Groysman, Esq.  
Ginnis & Groysman, P.A.  
600 S Andrews Avenue  
Suite 406  
Fort Lauderdale, FL  33301  
Fax:  954-712-0501

   PLEASE TAKE NOTICE that on June 26, 2008, we shall cause to be filed with the Clerk of the United States District Court for the Northern District of Illinois, ***Plaintiff's First Set of Document Requests to Defendant International Trade Alliance, Inc.***, a copy of which is attached and served upon you.

   AZULAYSEIDEN LAW GROUP  
   Attorneys for the Plaintiff  
   205 North Michigan Avenue, 40th Fl  
   Chicago, Illinois  60601  
   (312) 832-9200

2

*Certificate of Service*

      I, Glenn Seiden, an attorney, do hereby state that I caused a copy of **Plaintiff's First Set of Document Requests to Defendant International Trade Alliance, Inc.** to be served upon the individual(s) named above at the indicated address(es) by email notification using the ECF system on June 26, 2008 before the hour of 5:00 p.m.

                                                  /s/ Glenn Seiden\
                                                  Glenn Seiden