### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

|  |  |
|---|---|
| CREATIVE TRADE GROUP, INC, ) <br> a Connecticut Corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> INTERNATIONAL TRADE ALLIANCE, INC., ) <br> a Florida Corporation, and ) <br> MCGRATH-COLOSIMO, LTD d/b/a ) <br> MCGRATH LEXUS OF CHICAGO, ) <br> an Illinois Corporation, ) <br> ) <br> Defendants. ) | Case No. 08 CV 2561 <br><br> Judge Pallmeyer <br><br> Magistrate Judge Nolan |

### NOTICE OF FILING

To:    Jonathan B. Knisley, Esq.          Roman Groysman, Esq.
       Arnstein & Lehr, LLP               Ginnis & Groysman, P.A.
       120 South Riverside Plaza          600 S Andrews Avenue
       Suite 1200                         Suite 406
       Chicago, IL  60606                 Fort Lauderdale, FL  33301
       Fax:  312-876-0288                 Fax:  954-712-0501


   PLEASE TAKE NOTICE that on June 26, 2008, we shall cause to be filed with the Clerk of the United States District Court for the Northern District of Illinois, ***Plaintiff's First Set of Document Requests to Defendant McGrath-Colosimo, Ltd.***, a copy of which is attached and served upon you.

                                          AZULAYSEIDEN LAW GROUP
                                          Attorneys for the Plaintiff
                                          205 North Michigan Avenue, 40th Fl
                                          Chicago, Illinois  60601
                                          (312) 832-9200

*Certificate of Service*

    I, Glenn Seiden, an attorney, do hereby state that I caused a copy of **Plaintiff's First Set of Document Requests to Defendant McGrath-Colosimo, Ltd.** To be served upon the individual(s) named above at the indicated address(es) by email notification using the ECF system on June 26, 2008 before the hour of 5:00 p.m.

    /s/ Glenn Seiden _____
    Glenn Seiden