# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2561 | **DATE** | 6/30/2008 |
| **CASE TITLE** | Creative Trade Group, Inc. Vs. International Trade Alliance, Inc., et al | | |

**DOCKET ENTRY TEXT**

Plaintiff's motions for discovery (25, 27) are in fact discovery requests. Defendants are expected to respond, but the motions will be terminated. Counsel is reminded that pursuant to this court's Local Rule 26.3, discovery materials are not ordinarily submitted for filing.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|