**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                     Case Number:    08CV2561

CREATIVE TRADE GROUP, INC v.

INTERNATIONAL TRADE ALLIANCE, INC and

MCGRATH LEXUS OF CHICAGO

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

CREATIVE TRADE GROUP, INC

| NAME (Type or print) |
| --- |
| BRENT SCOTT WIKGREN |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Brent S. Wikgren |

| FIRM  AZULAYSEIDEN LAW GROUP |
| --- |

| STREET ADDRESS  205 N. MICHIGAN AVENUE 40th FLOOR |
| --- |

| CITY/STATE/ZIP  CHICAGO, IL 60601 |
| --- |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6295544 | TELEPHONE NUMBER  312-832-9200 |
| --- | --- |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") N |
| --- |

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") N |
| --- |

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") N |
| --- |

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") N |
| --- |

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL      APPOINTED COUNSEL