IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CREATIVE TRADE GROUP, INC., a Connecticut Corporation, <br><br> Plaintiff, <br><br> v. <br><br> INTERNATIONAL TRADE ALLIANCE, INC., a Florida Corporation and MCGRATH-COLOSIMO, LTD, d/b/a MCGRATH LEXUS OF CHICAGO, an Illinois Corporation. <br><br> Defendants <br><br> and <br><br> INTERNATIONAL TRADE ALLIANCE, INC. <br><br> Defendant and Third-Party Plaintiff, <br><br> v. <br><br> TVD GLOBAL TRADE US, LLC, a Nevada Limited Liability Company, and VALERIY PYCHNENKO, an Individual. <br><br> Third-Party Defendants. | CASE NO.: 08CV2561 TG <br> JUDGE PALLMEYER <br> MAGISTRATE JUDGE NOLAN |

## AGREED MOTION

Defendant-Third Party Plaintiff, International Trade Alliance, Inc., ("ITA"), and Defendant, McGrath-Colosimo, LTD ("McGrath")(collectively referred to herein as the "Defendants"), by and through their attorneys, Roman Groysman (Ginnis & Groysman, P.A., *of counsel*), and Jonathan B. Knisley (Arnstein & Lehr, LLP, *of counsel*), move this court for an extension of the discovery deadline and in support state:

1.  On June 20, 2008, counsel for Plaintiff, Creative Trade Group, Inc., ("CTG"), filed the Plaintiff's Report of the Parties Planning Meeting (the "Planning Report") that proposed

a discovery deadline of July 21, 2008. A true and correct copy of the Planning Report is attached as Exhibit A.

2. On June 26, 2008, the Court entered a Scheduling Order which ordered discovery closed by July 21, 2008. A true and correct copy of the Scheduling Order is attached as Exhibit B.

3. Subsequently, counsel for Defendants contacted Plaintiff's counsel and, in order to promote full and meaningful discovery, requested that Plaintiff's counsel agree to extend by sixty (60) days the current discovery deadline of July 21, 2008.

4. Currently, Plaintiff's counsel is only willing to agree to an extension of twenty-one (21) days, up to and including August 6, 2008.

5. The parties have exchanged discovery requests as recently as July 15, 2008.

6. As of the filing of this motion, the parties have taken no depositions and continue to be in contact to work towards mutually agreeable dates to depose witnesses, many of whom are out of state.

7. Defendants' counsel and Plaintiff's counsel have a mutual understanding that all sides are making best efforts to complete meaningful discovery as quickly as possible, provided, however, that should additional time be required, further extensions of the discovery deadline may be necessary.

WHEREFORE, for the reasons stated above, Defendants respectfully request this Court enter an Order extending the discovery deadline by twenty-one (21) days, up to and including August 6, 2008, and any other relief the Court deems necessary.

                        INTERNATIONAL TRADE ALLIANCE,
                        Inc., and MCGRATH-COLOSIMO, LTD
                        d/b/a MCGRATH LEXUS OF CHICAGO,

                        By:/s/Jonathan B. Knisley, Esq
                        One of Their Attorneys

By: Roman Groysman, Esq.
Florida Bar No. 65082
GINNIS & GROYSMAN, P.A.
Attorney for Defendants
600 S. Andrews Avenue, Suite 406
Fort Lauderdale, FL 33301
Tel No. 954-712-0505
Fax No. 954-712-0501
rgroysman@FloridaCivilAttorneys.com

By: /s/ Jonathan B. Knisley, Esq.
Illinois Bar No. 06293142
ARNSTEIN & LEHR LLP
Local Counsel for Defendants
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
Tel No. 312-876-7100
Fax No. 312-876-0288
jbknisley@arnstein.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the attached **AGREED MOTION** has been furnished via electronic filing this 17th day of July, 2008, to Glenn Seiden, Esq., Brent S. Wikgren, Esq., and Sara M. Collins, Esq., AzulaySeiden Law Group, 205 North Michigan Avenue, 40th Floor, Chicago, IL 60601.

By: <u>Roman Groysman, Esq.</u>
Florida Bar No. 65082
GINNIS & GROYSMAN, P.A.
Attorney for Defendants
600 S. Andrews Avenue, Suite 406
Fort Lauderdale, FL 33301
Tel No. 954-712-0505
Fax No. 954-712-0501
rgroysman@FloridaCivilAttorneys.com

By: /s/ <u>Jonathan B. Knisley, Esq.</u>
Illinois Bar No. 06293142
ARNSTEIN & LEHR LLP
Local Counsel for Defendants
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
Tel No. 312-876-7100
Fax No. 312-876-0288
jbknisley@arnstein.com

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| CREATIVE TRADE GROUP, INC, a Connecticut Corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL TRADE ALLIANCE, INC., a Florida Corporation, and MCGRATH-COLOSIMO, LTD d/b/a MCGRATH LEXUS OF CHICAGO, an Illinois Corporation,<br><br>Defendants. | Case No. 08CV2561   TG<br>JUDGE PALLMEYER<br>MAGISTRATE JUDGE NOLAN |

### PLAINTIFF'S REPORT OF PARTIES PLANNING MEETING

1. **Meeting.** Pursuant to Fed.R.Civ.P. 26(f), a meeting was held on June 16, 2008 via teleconference and was attended by:

   Brent S. Wikgren attorney for plaintiff Creative Trade Group, Inc. (CTG)
   Glenn Seiden attorney for plaintiff CTG
   Jonathan B. Knisley, local counsel for defendant(s) McGrath-Colosimo, Ltd. (McGrath) and International Trade Alliance, Inc. (ITA)
   Roman Groysman attorney for McGrath and ITA.

2. **Pre-Discovery Disclosures.** The parties will exchange by July 14, 2008 the information required by Fed.R.Civ.P. 26(a)(1).

3. **Discovery Plan.** The parties jointly propose to the court the following discovery plan:

   a. Discovery will be needed on the following subjects: All communications, letters, phone calls, emails, telegrams, and all other non-privileged material from and between CTG and McGrath regarding the $171,388.00 (Payment) and the First and/or Second Set of Cars; All communications, letters, phone calls, emails, telegrams, and all other non privileged material from or between McGrath and ITA regarding or related to the subject matter of this case; All communications, letters, phone calls, emails, telegrams, and all other non privileged material from or between ITA and TVD regarding or related to the subject matter of this case; All communications, letters, phone calls, emails, telegrams, and all other non privileged

   material from or between ITA and CTG regarding or related to the subject matter of this case. Any and all information from any party or non-party as to who now possesses the $171,388.00 and their claim of right to retain the money. Furthermore, please find attached as Exhibit 1 Defendant's addendum to the Discovery Plan. Plaintiff incorporates Exhibit 1 as part of the Discovery Plan.

   b. All discovery commenced in time to be completed by July 21, 2008.

   c. Maximum of twenty-five (25) interrogatories by each party to any other party.

   d. Maximum of twenty (20) requests for admission by each party to any other party.

   e. Maximum of four (4) depositions by plaintiff(s) and three (3) by defendant(s). Each deposition limited to maximum of four (4) hours unless extended by agreement of parties.

   f. Reports from retained experts under Rule 26(a)(2) due:
      from plaintiff(s) by July 21, 2008.
      from defendant(s) by July 21, 2008.

   g. Supplementations (if any) under Rule 26(e) to be due every two weeks starting July 16, 2008.

4. **Other Items.**

   a. The parties do not request a conference with the court before entry of the scheduling order.

   b. The parties request a pretrial conference in July 2008 .

   c. Plaintiff(s) do not expect to join additional parties and have until June 25, 2008 to amend the pleadings.

   d. Defendant(s) should be allowed until June 25, 2008 to join additional parties and until June 25, 2008 to amend the pleadings.

   e. All potentially dispositive motions should be filed by September 14, 2008.

   f. Plaintiff to prepared proposed draft final pretrial order by November 1, 2008; parties to file joint final pretrial order by November 15, 2008.

   g. Final lists of witnesses and exhibits under Rule 26(a)(3) should be due:
      from plaintiff(s) ten (10) days before the start of trial.
      from defendant(s) ten (10) days before the start of trial.

    h. Parties should have five (5) days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

5. **Settlement.** Cannot be evaluated prior to July 2008.

6. **Consent.** Parties do not consent unanimously to proceed before a Magistrate Judge.

7. **Trial.** The case should be ready for trial by December 1, 2008 and at this time is expected to take approximately three (3) days.

Date: June 16, 2008

        /signed by all counsel

        Brent S. Wikgren for Plaintiff
        Glenn Seiden for Plaintiff
        Jonathan B. Knisley for Defendant(s)
        Roman Groysman for Defendant(s).

# EXHIBIT 1

# THE LAW OFFICES OF

# GINNIS AND GROYSMAN, P.A.

600 SOUTH ANDREWS AVENUE ■ SUITE 406 ■ FORT LAUDERDALE, FL 33301 ■ 954-712-0505 ■ Fax: 954-712-0501

March 20, 2008

## PLEASE DELIVER THE FOLLOWING PAGES TO:

NAME:               Glenn Seiden, Esq.

FROM:               Roman Groysman, Esq.

FAX TO:             (312) 832-9212

PAGES INCL. COVER:  2

IN RE:              International Trade Alliance, Inc./ Valery Pychnenko

IF THERE ARE ANY DIFFICULTIES IN RECEIVING THIS TRANSMISSION, PLEASE CALL: (954) 712-0505

SPECIAL INSTRUCTIONS:

Please see attached Discovery request.

This electronic mail transmission may contain confidential or privileged information. If you believe that you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.

Pursuant to Internal Revenue Service guidance, be advised that any federal tax advice contained in this written or electronic communication, including any attachments or enclosures, is not intended or written to be used and it cannot be used by any person or entity for the purpose of (i) avoiding any tax penalties that may be imposed by the Internal Revenue Service or any other U.S. Federal taxing authority or agency or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Jun. 17. 2008 2:50PM                                             No. 1592  P. 2
Case 1:08-cv-02561   Document 34     Filed 07/17/2008   Page 11 of 13
Case 1:08-cv-02561   Document 21-2   Filed 06/20/2008   Page 3 of 3

# THE LAW OFFICES OF

# GINNIS AND GROYSMAN, P.A.

600 SOUTH ANDREWS AVENUE ■ SUITE 406 ■ FORT LAUDERDALE, FL 33301 ■ 954-712-0505 ■ Fax: 954-712-0501

June 17, 2008

Via Facsimile (312) 832-9212
Mr. Glenn Seiden, Esq.
Azulay Seiden Law Group
205 North Michigan Ave.
40th Floor
Chicago, IL 60601

    Re:    Creative Trade Group, Inc. v. International Trade Alliance Inc., et al.
            US District Court-Northern District of Illinois - Case No. 08 CV 25561

Dear Mr. Seiden:

    I was expecting the proposed plan yesterday, but just received it. Please provide the following additions to the scope of discovery as follows:

> " All documents and/or letters, phone calls, e-mails, telegrams and all other forms of communication and non-privileged materials from and between GTV and TVD Global trade, US LLC and its principals and agents, including, but not limited to: Mr. Valeriy Pykhnenko, regarding the $171,388.00, as well as all prior business transactions between CTG and TVD. All documents and/or letters, phone calls, e-mails, telegrams, and bank statements relating to the origin of the $171,388.00 as well as the origin and/or source of funding of the working capital of CTG and all corporate tax returns of CTG and related entities, if any"

                            Sincerely,

                            Roman Groysman

RG/mk

# EXHIBIT B

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Creative Trade Group, Inc.
                                    Plaintiff,

v.                                              Case No.: 1:08−cv−02561
                                                Honorable Rebecca R. Pallmeyer

International Trade Alliance, Inc., et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 26, 2008:

    MINUTE entry before the Honorable Rebecca R. Pallmeyer: Discovery hearing held on 6/26/2008. Plaintiff is given to and including 7/7/2008 to amend all pleadings, and to 7/7/2008 to add any additional parties. Defendant is given to and including 7/7/2008 to amend all pleadings, and to 7/7/2008 to add any additional parties. Plaintiff shall comply with FRCP(26)(a)(2) by 7/21/2008. Defendant shall comply with FRCP(26)(a)(2) by 7/21/2008. Discovery ordered closed by 7/21/2008. Dispositive motions with supporting memoranda due by 9/15/2008. Plaintiff to prepare proposed draft final pretrial order by 11/1/2008; Joint Pretrial Order due by 11/14/2008. Status hearing set for 8/12/2008 at 09:00 AM. Mailed notice(etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.