# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CREATIVE TRADE GROUP, INC., a Connecticut Corporation,<br><br>  Plaintiff,<br><br>v.<br><br>INTERNATIONAL TRADE ALLIANCE, INC., a Florida Corporation and MCGRATH-COLOSIMO, LTD, d/b/a MCGRATH LEXUS OF CHICAGO, an Illinois Corporation.<br><br>  Defendants<br><br>and<br><br>INTERNATIONAL TRADE ALLIANCE, INC.<br><br>  Defendant and Third-Party Plaintiff,<br><br>v.<br><br>TVD GLOBAL TRADE US, LLC, a Nevada Limited Liability Company, and VALERIY PYCHNENKO, an Individual.<br><br>  Third-Party Defendants. | CASE NO.: 08CV2561 TG<br>JUDGE PALLMEYER<br>MAGISTRATE JUDGE NOLAN |

## NOTICE OF MOTION

TO:  Glenn Seiden
     Brent S. Wikgren
     Sara M. Collins
     205 N. Michigan Ave.
     40th Floor
     Chicago, IL 60601

**PLEASE TAKE NOTICE** that on July 22, 2008, at 8:45 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Pallmeyer, or any Judge sitting in her stead in Courtroom 2119 of the U.S. District Court for the Northern District of Illinois, 219 S. Dearborn, Chicago, Illinois, and shall then and there present the attached **AGREED MOTION** for the extension of the discovery deadline in the above-captioned case, a copy of which is hereby served upon you.

INTERNATIONAL TRADE ALLIANCE, Inc., and MCGRATH-COLOSIMO, LTD d/b/a MCGRATH LEXUS OF CHICAGO,

By:/s/<u>Jonathan B. Knisley, Esq</u>
One of Their Attorneys

By: Roman Groysman, Esq.
Florida Bar No. 65082
GINNIS & GROYSMAN, P.A.
Attorney for Defendants
600 S. Andrews Avenue, Suite 406
Fort Lauderdale, FL 33301
Tel No. 954-712-0505
Fax No. 954-712-0501
rgroysman@FloridaCivilAttorneys.com

By: /s/ <u>Jonathan B. Knisley, Esq.</u>
Illinois Bar No. 06293142
ARNSTEIN & LEHR LLP
Local Counsel for Defendants
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
Tel No. 312-876-7100
Fax No. 312-876-0288
jbknisley@arnstein.com

8149533.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of the attached **NOTICE OF MOTION** and the **AGREED MOTION** referenced therein have been furnished via electronic filing this 17th day of July, 2008, to Glenn Seiden, Esq., Brent S. Wikgren, Esq., and Sara M. Collins, Esq., AzulaySeiden Law Group, 205 North Michigan Avenue, 40th Floor, Chicago, IL 60601.

By: Roman Groysman, Esq.
Florida Bar No. 65082
GINNIS & GROYSMAN, P.A.
Attorney for Defendants
600 S. Andrews Avenue, Suite 406
Fort Lauderdale, FL 33301
Tel No. 954-712-0505
Fax No. 954-712-0501
rgroysman@FloridaCivilAttorneys.com

By: /s/ Jonathan B. Knisley, Esq.
Illinois Bar No. 06293142
ARNSTEIN & LEHR LLP
Local Counsel for Defendants
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
Tel No. 312-876-7100
Fax No. 312-876-0288
jbknisley@arnstein.com