## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2561 | **DATE** | 7/21/2008 |
| **CASE TITLE** | Creative Trade Group, Inc. Vs. International Trade Alliance, Inc., et al | | |

**DOCKET ENTRY TEXT**

Agreed motion for extension of time to complete discovery [34] granted to and including 8/6/2008.

Notices mailed by Judicial staff.

| | | |
|---|---|---|
| Courtroom Deputy Initials: | | ETV |