# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2561 | **DATE** | 7/24/2008 |
| **CASE TITLE** | Creative Trade Group, Inc. Vs. International Trade Alliance, Inc., et al | | |

**DOCKET ENTRY TEXT**

Minute Order of 7/21/2008 is amended to reflect that time to complete discovery is extended to 8/11/2008.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|