**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| CREATIVE TRADE GROUP, INC, <br> a Connecticut Corporation, <br><br> Plaintiff, <br><br> v. <br><br> INTERNATIONAL TRADE ALLIANCE, INC., <br> a Florida Corporation, and <br> MCGRATH-COLOSIMO, LTD d/b/a <br> MCGRATH LEXUS OF CHICAGO, <br> an Illinois Corporation, <br><br> Defendants. | Case No. 08CV2561   TG <br> JUDGE PALLMEYER <br> MAGISTRATE JUDGE NOLAN |

**PLAINTIFF'S ANSWER TO MCGRATH-COLOSIMO, LTD.'S
AMENDED AFFIRMATIVE DEFENSES**

NOW COMES the Plaintiff, CREATIVE TRADE GROUP, INC., by and through its attorneys, AZULAYSEIDEN LAW GROUP., and for its answer to the amended affirmative defenses filed by the Defendants, MCGRATH-COLOSIMO, LTD d/b/a MCGRATH LEXUS OF CHICAGO, states as follows:

**FIRST AFFIRMATIVE DEFENSE**

1. Count V of the Complaint fails to state a claim upon which relief can be granted because the allegedly converted money is not capable of being described, identified, or separated.

  *Answer:* Creative Trade Group Inc., objects to the extent that the facts alleged in the Second Affirmative Defense is a legal conclusion and that no answer is therefore required. To the extent an answer is required, Creative Trade Group, Inc. denies same.

1

**SECOND AFFIRMATIVE DEFENSE**

1.     Count VII of the Complaint fails to state a claim upon which relief can be granted because the Illinois Consumer Fraud and Deceptive Practices Act can not be invoked by a non-resident of Illinois because it provides protection only where an Illinois Consumer has been injured.

> *Answer:*     Creative Trade Group Inc., objects to the extent that the facts alleged in the Second Affirmative Defense is a legal conclusion and that no answer is therefore required. To the extent an answer is required, Creative Trade Group, Inc., denies same.

**THIRD AFFIRMATIVE DEFENSE**

1.     As for its Seventh Affirmative Defense, Defendant avers that the Plaintiff's Complaint fails to join a party indispensable under Rule 19 of the Federal Rules of Civil Procedure. Specifically, in the Complaint Plaintiff alleges that "[i]n December 2007 CTG [Plaintiff] became aware of the availability of two or more uncommon Lexus luxury automobiles and entered into an agreement with a non-party, TVD Global Trade USA ("TVD"), wherein CTG was going to purchase these automobiles from McGrath and TVD would arrange for shipment of same to CTG (hereinafter referred to as the "Contract"). Nowhere in its pleadings does Plaintiff identify or allege the existence of any direct agreements and/or communications between Plaintiff, CTG, and the co-defendants ITA and/or McGrath for the purchase of any vehicles including the vehicles which Plaintiff alleges to have been converted by the co-Defendants. Plaintiff's alleged agreement with the non-party TVD is the only alleged source of right to possession of vehicles which Plaintiff alleges to have been converted by ITA and McGrath. Therefore, complete relief cannot be accorded among those already parties to this action in TVD's absence.

*Answer:*   Creative Trade Group Inc., objects to the extent that the facts alleged in the Second Affirmative Defense are a legal conclusion and that no answer is therefore required.  To the extent an answer is required, Creative Trade Group, Inc., denies same.

## FOURTH AFFIRMATIVE DEFENSE

1. As for its Fourth Affirmative Defense, Defendant avers that the Plaintiff, CTG, made the alleged wire transfer with no prior or advance communication with or to McGrath, and the wire instructions directed McGrath to apply the funds "for ITA." ITA in turn directed the application of funds and McGrath complied, CTG had ability, prior to wire transfer, to communicate with McGrath directly and be clear as to any conditions for acceptance of any funds to be wired by CTG.  Instead CTG wired funds "for ITA." CTG's actions put McGrath at substantial risk of incurring double, multiple, or otherwise inconsistent obligations by reason of ITA's claimed interest in said wired funds which CTG itself specified as being "for ITA." CTG could have easily avoided and/or prevented the current disputes over said funds.  CTG's actions should estop it from asserting equitable claims as Plaintiff does not have clean hands and should therefore be precluded from seeking equitable remedies.

*Answer:*   Creative Trade Group Inc., objects to the extent that the facts alleged in the Second Affirmative Defense is a legal conclusion and that no answer is therefore required.  To the extent an answer is required, Creative Trade Group, Inc., denies same.

WHEREFORE, the Plaintiff CREATIVE TRADE GROUP, INC., prays that this Court dismiss the affirmative defenses filed by the Defendant, MCGRATH-COLOSIMO, LTD d/b/a MCGRATH LEXUS OF CHICAGO, and enter judgment in Plaintiff's favor, and further grant any such additional relief as this Court deems fair and just.

Dated: July 25, 2008                               Respectfully submitted,

By:**/s/ Glenn Seiden**
    (Bar ID#: IL 2543761)

3

          AzulaySeiden Law Group
          Attorneys for the Plaintiff
          205 North Michigan Avenue, 40th Fl
          Chicago, Illinois  60601
          (312) 832-9200
          gseiden@azulayseiden.com

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| CREATIVE TRADE GROUP, INC, <br> a Connecticut Corporation, <br><br> Plaintiff, <br><br> v. <br><br> INTERNATIONAL TRADE ALLIANCE, INC., <br> a Florida Corporation, and <br> MCGRATH-COLOSIMO, LTD d/b/a <br> MCGRATH LEXUS OF CHICAGO, <br> an Illinois Corporation, <br><br> Defendants. | Case No. 08CV2561   TG <br> JUDGE PALLMEYER <br> MAGISTRATE JUDGE NOLAN |

## NOTICE OF FILING

      PLEASE TAKE NOTICE that on July 25, 2008, we shall cause to be filed with the Clerk of the United States District Court for the Northern District of Illinois, the **Plaintiff's Answer to McGrath-Colosimo, Ltd.'s Amended Affirmative Defenses**, a copy of which is attached and served upon you.

      AzulaySeiden Law Group
      Attorneys for the Plaintiff
      205 North Michigan Avenue – 40th Floor
      Chicago, Illinois  60601
      Telephone Number:  312-832-9200

*Certificate of Service*

      I, Glenn Seiden, an attorney, do hereby state that I caused a copy of **Plaintiff's Answer to McGrath-Colosimo, Ltd.'s Amended Affirmative Defenses** to be filed using the ECF system and served upon the following individuals on July 25, 2008 before the hour of 5:00 p.m.

      Roman Groysman
      Ginnis & Groysman
      600 S. Andrews Avenue Suite 406
      Fort Lauderdale, FL 33301

Mr. Jonathan B. Knisley, Esq.
Arnstein & Lehr, LLP
120 South Riverside Plaza, Suite 1200
Chicago, IL 60606

                                                  By: **s/ Glenn Seiden**
                                                     Glenn Seiden  (Bar ID#: IL 2543761)