IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| CREATIVE TRADE GROUP, INC, a Connecticut Corporation,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>INTERNATIONAL TRADE ALLIANCE, INC., a Florida Corporation, and MCGRATH-COLOSIMO, LTD d/b/a MCGRATH LEXUS OF CHICAGO, an Illinois Corporation,<br><br>　　　　　　Defendants. | Case No. 08CV2561   TG<br>JUDGE PALLMEYER<br>MAGISTRATE JUDGE NOLAN |

### NOTICE OF FILING

　　　PLEASE TAKE NOTICE that on July 25, 2008, we shall cause to be filed with the Clerk of the United States District Court for the Northern District of Illinois, the **Plaintiff's Answer to McGrath-Colosimo, Ltd.'s Amended Affirmative Defenses**, a copy of which is attached and served upon you.

　　　　　　　　　　　　　　　　　　AzulaySeiden Law Group
　　　　　　　　　　　　　　　　　　Attorneys for the Plaintiff
　　　　　　　　　　　　　　　　　　205 North Michigan Avenue – 40th Floor
　　　　　　　　　　　　　　　　　　Chicago, Illinois  60601
　　　　　　　　　　　　　　　　　　Telephone Number:  312-832-9200

*Certificate of Service*

　　　I, Glenn Seiden, an attorney, do hereby state that I caused a copy of **Plaintiff's Answer to McGrath-Colosimo, Ltd.'s Amended Affirmative Defenses** to be filed using the ECF system and served upon the following individuals on July 25, 2008 before the hour of 5:00 p.m.

　　　　　　　　　　　　　　　　　　Roman Groysman
　　　　　　　　　　　　　　　　　　Ginnis & Groysman
　　　　　　　　　　　　　　　　　　600 S. Andrews Avenue Suite 406
　　　　　　　　　　　　　　　　　　Fort Lauderdale, FL 33301

Mr. Jonathan B. Knisley, Esq.
Arnstein & Lehr, LLP
120 South Riverside Plaza, Suite 1200
Chicago, IL 60606

        By:  **s/ Glenn Seiden**
        Glenn Seiden  (Bar ID#: IL 2543761)