## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2561 | **DATE** | 7/29/2008 |
| **CASE TITLE** | Creative Trade Group, Inc vs. International Trade Alliance, Inc., et al | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Creative Trade Group, Inc.'s motion to strike International Trade Alliance Inc's Amended Answer, Third Party Complaint and counterclaim and/or in the alternative, motion to dismiss [39] as one day late is denied.

Notices mailed by Judicial staff.

00:02

| | Courtroom Deputy Initials: | ETV |
|---|---|---|