IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CREATIVE TRADE GROUP, INC, a Connecticut Corporation, ) ) ) ) Plaintiff, ) ) v. ) ) INTERNATIONAL TRADE ALLIANCE, INC., ) a Florida Corporation, and ) MCGRATH-COLOSIMO, LTD d/b/a ) MCGRATH LEXUS OF CHICAGO, ) an Illinois Corporation, ) ) Defendants. ) | Case No. 08CV2561   TG JUDGE PALLMEYER MAGISTRATE JUDGE NOLAN |

## CREATIVE TRADE GROUP INCS MOTION TO LIMIT DISCOVERY

NOW COMES the Plaintiff, CREATIVE TRADE GROUP, INC. ("CTG), by and through its attorneys, AZULAYSEIDEN LAW GROUP, and moves this Honorable Court to limit the discovery issued upon People's United Financial, Inc. ("People's United"), by the Defendants, INTERNATIONAL TRADE ALLIANCE INC. ("ITA), and/or McGRATH-COLOSIMO, LTD ("McGRATH), on or about July 30, 2008, and for other relief, stating as follows:

1. On July 30, 2008, Plaintiff received Notice of Production from Non-Party from Defendants.

2. The Notice of Production makes a demand of "All documents, printouts of statements, and any other records that evidence any and all deposits made from 1/1/2006 to 1/18/2008 to demand deposit account (DDA ACCOUNT) Number 0387013501, which account purportedly belongs to Creative Trade Group, Inc.  All deposit and/or account statements

showing any and all deposits and the origin of the deposits to DDA account number 0387013501 from 1/1/2006-1/18/2008 and any documents explaining, evidencing or relating to the origin of the funds, in the amount of $171,388.00, wired on 1/18/2008 from DDA account number 0387013501 to McGrath Lexus of Chicago MB Financial Bank Account #109125460. Any and all correspondence and/or records relating to the said wire transfer. Any and all documents evidencing the owner(s) of and/or authorized signatories of People's United Bank DDA account number 0387013501."

     3.    The request appears to be a fishing expedition and is likely to produce mostly non-relevant documentation.

     4.    Moreover, the Plaintiff's believe this subpoena to be inappropriately seeking the names of its trade/business partners, which is sensitive information in the ultra-competitive export business of the Plaintiff and the Defendant (ITA).

     5.    For that reason, the Plaintiff respectfully requests that this discovery be limited to in-camera inspection, for attorney's eyes only.

     6.    Furthermore, the Plaintiff requests that the relevant time period be reduced to solely the day of 1/18/2008 as the funds in question were transferred to Plaintiff's bank account from the originator on that date, and Plaintiff sent said funds to McGrath on that same day.

     7.    The Plaintiff has been forced to expend a significant amount of time reviewing and preparing responses to the Plaintiff's improper and overbroad discovery requests in addition to preparing and appearing on this motion. The Plaintiff respectfully request that this Court grant its motion and limit the Defendants' Notice of Production from Non-Party.

     WHEREFORE, the Plaintiff, CREATIVE TRADE GROUP, INC., respectfully requests that this Honorable Court enter an order granting the following relief:

a. Quash the Subpoena issued on July 30, 2008, upon People's United Financial, Inc.; or in the alternative

b. Enter an order limiting the subpoena to only those requests which are relevant and tailored to the limited time period of 1/18/2008.

c. Limit the Subpoena to in-camera inspection, for attorney's eyes only.

d. Any such further relief as this Court may deem fair and just.

Dated: August 4, 2008                                  Respectfully Submitted,


By:/s/ Brent S. Wikgren
Brent S. Wikgren (Bar ID# 6295544)
AZULAYSEIDEN LAW GROUP
Attorneys for the Plaintiff
205 North Michigan Avenue, 40th Fl
Chicago, Illinois  60601
(312) 832-9200
bwikgren@azulayseiden.com