IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| CREATIVE TRADE GROUP, INC, <br> a Connecticut Corporation, <br><br> Plaintiff, <br><br> v. <br><br> INTERNATIONAL TRADE ALLIANCE, INC., <br> a Florida Corporation, and <br> MCGRATH-COLOSIMO, LTD d/b/a <br> MCGRATH LEXUS OF CHICAGO, <br> an Illinois Corporation, <br><br> Defendants. | Case No. 08CV2561   TG <br> JUDGE PALLMEYER <br> MAGISTRATE JUDGE NOLAN |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on August 12, 2008, at 8:45 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Pallmeyer, or any judge sitting in her stead, in Courtroom 2119 of the Dirksen Federal Building, Chicago, Illinois, and then and there present we shall cause to be filed with the Clerk of the United States District Court for the Northern District of Illinois, the *Plaintiff's Motion to Limit Discovery,* a copy of which is attached and served upon you.

AZULAYSEIDEN LAW GROUP
Attorneys for Creative Trade Group
205 North Michigan Avenue – 40th Floor
Chicago, Illinois  60601
Telephone Number:  312-832-9200

*Certificate of Service*

I, Brent S. Wikgren, an attorney, do hereby state that I caused a copy of *Plaintiff's Motion to Limit Discovery* to be filed using the ECF system and served upon the following individual on August 4, 2008 before the hour of 5:00 p.m.

Roman Groysman
Ginnis & Groysman, P.A.
600 South Andrews Avenue, Suite 406
Fort Lauderdale, Florida  33301

Jonathan Brooks Knisley

Arnstein & Lehr, LLP
120 South Riverside Plaza, Suite 1200
Chicago, Illinois  60606

By: **s/ Brent S. Wikgren**
Brent S. Wikgren (Bar Id# 6295544)