## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2561 | **DATE** | 8/12/2008 |
| **CASE TITLE** | Creative Trade Group, Inc vs. International Trade Alliance, Inc., et al | | |

**DOCKET ENTRY TEXT**

Status hearing held on 8/12/2008. Discovery close date extended to 9/2/2008; parties agree depositions may be taken by telephone. Date for dispositive motions extended to 10/1/2008. Motion to quash and for discovery [44-1,2] granted with respect to discovery extension but denied with respect to the motion to quash, but at least initially the bank records will be reviewed by attorneys' eyes only. Status hearing set for 9/24/2008 at 9:00.

Notices mailed by Judicial staff.

00:08

| | Courtroom Deputy Initials: | ETV |
|---|---|---|